IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____

Ildyrym Abdulaev, individually and as )
personal representative of the estate of )
Rafiq Nariman Abdulaev, deceased; )
Aglydzhan Abdulaev; Gyzyrgul Abdulaeva; )
Sabukhi Abdulaev; Zibeida Abdulaeva; )
Mamed Abdulaev; Balakhan Abdulaev; )
Vagif Abdulaev; and Tofig Abdulaev; )
)
Fergane Kheirulla, individually and as )
personal representative of the estate of )
Mamemdali Azizov, deceased, Farid )
Azizli, a minor by his mother and guardian, )
Fergane Kheirulla; Hikmet Azizli; Feride )
Azizli; Sarme Ataeva; Hezi Azizov; Fikret )
Azizov; Sevda Agayeva; Nazila Azizova; )
Sanubar Azizova; and Nazaket Azizova; )
)
Vasiliy Alexandrov, individually and as )
personal representative of the estate of )
Ekaterina Alexandrova, deceased; Valentina )
Alexandrova; and Sergey Alexandrov )
)
Alexey Afonasenkov, individually and as )
personal representative of the estate of )
Alexey Afonasenkov, Jr., deceased; )
Alexander Afonasenkov; Ivan Afonasenkov; )
Irina Afonasekova; and Yuliya )
Afonasenkova; )
)
Valentina Birlovskaya, individually and as )
personal representative of the estate of )
Nataliya Birlovskaya, deceased; )
)
Svetlana Golomonzina, individually and as )
Personal representative of the estate of )
Mikhail Golomonzin, deceased; Igor )
Golomonzin; and Gennadiy Golomonzin; )

COMPLAINT
AND JURY DEMAND

Elena Demeneva, individually and as    )
personal  representative of the estate of    )
Oleg Demenev, deceased, Vadim Demenev,    )
a minor, by his mother and guardian, Elena    )
Demeneva, Mikhail Demenev, a minor, by    )
his mother and guardian, Elena Demeneva,    )
David Demenev, a minor, by his mother    )
and guardian, Elena Demeneva; Alevtina    )
Demeneva; and Yuriy Demenev;    )
    )
Ravshan Jalalov, individually and as    )
personal representative of the estate of    )
Akif Saday Jalalov, deceased; Mahbuba    )
Jalalova; Hakim Jalalov; Anar Jalalov;    )
Hayal Jalalov; Tohfa Jalalova; Zabil Jalalov;    )
Zahid Jalalov; Rahib Jalalov; Zokhra    )
Huseynova; Naib Jalalov; Gulhanym    )
Rustamova; Ilkham Jalalov; and Parvana    )
Habibova;    )
    )
Anna Efremova, individually and as    )
personal representative of the estate of    )
Dmitriy Efremov, deceased, Vladislav    )
Efremov, a minor, by his mother and    )
guardian, Anna Efremov; Vladislav    )
Efremov, Sr.; and Lyudmila Efremova;    )
    )
Vladimir Zalazaev, individually and as    )
personal representative of the estate of    )
Olga Zalazaeva a/k/a Olga Senkevich,    )
deceased; Natalia Zalazaeva; and    )
Aleksey Zalazaev;    )
    )
Olga Kytmanova, individually and as    )
personal representative of the estate of    )
Illya Kytmanov, deceased; Vladimir    )
Kytmanov; and Anton Kytmanov;    )
    )
Hanahmed Mirzoev, individually and as    )
personal representative of the estate of    )
Nurida Mirzoeva, deceased; Zivar    )
Mirzoeva; and Nail Mirzoev;    )

2

Rambom Binyaminov, individually and as        )
personal representative of the estate of        )
Golda Nakhumova, deceased; Solmaz        )
Binyaminova; Emil Binyaminov; and        )
Lyudmila Binyaminova;        )
         )
Khavasilit Nakhumova, individually and as        )
personal representative of the estate of        )
Ilya Nakhumov, deceased; Rambom        )
Binyaminov; Solmaz Binyaminova;        )
         )
Khavasilit Nakhumova, individually and as        )
personal representative of the estate of        )
Ifraim Nakhumov, deceased; Miriam        )
Nakhumova; Sofia Nakhumova; Sabo        )
Nakhumova; Flora Nakhumova; Tamila        )
Nakhumova; Iosif Nakhumov;        )
         )
Khavasilit Nakhumova, individually and as        )
personal representative of the estate of        )
Eva Nakhumova, deceased; Rambom        )
Binyaminov; Solmaz Binyaminova;        )
         )
Alexander Oparin, individually and as        )
personal representative of the estate of        )
Alexey Oparin, deceased; Lyudmila        )
Oparina; Alexander Oparin, Jr.; and        )
Anna Naumova;        )
         )
Zhumshit Aslanov, individually and as        )
personal representative of the estate of        )
Tagi Osmanov, deceased; and        )
Naila Osmanova;        )
         )
Margarita Pahomova, individually and as        )
personal representative of the estate of        )
Olga Petrova, deceased; Natalyia Petrova;        )
Igor Pahomov; Yuriy Pahomov;        )
         )
Irina Popova, individually and as        )
personal representative of the estate of        )
Marina Popova, deceased; Igor Popov;        )
and Ekaterina Popova;        )

Alexander Sankin, individually and as          )
personal representative of the estate of       )
Evgeniy Sankin, deceased; Margarita            )
Sankina; and Victoria Sankina;                 )
                                               )
Victor Senkevich, individually and as          )
personal representative of the estate of       )
Sergey Senkevich, deceased; Tatyana            )
Senkevich; and Olga Senkevich;                 )
                                               )
Lyudmila Pelishenko, individually and as       )
personal representative of the estate of       )
Elena Solodnikova, deceased;                   )
                                               )
Nataliya Margolina, individually and as        )
personal representative of the estate of       )
Alexandra Spivak, deceased; Sergey             )
Margolin; Tatyana Margolina; and               )
Alexander Sankin;                              )
                                               )
Nataliya Margolina, individually and as        )
personal representative of the estate of       )
Anna Spivak,deceased; Sergey Margolin;         )
and Tatyana Margolina;                         )
                                               )
Alexander Sankin, individually and as          )
personal representative of the estate of       )
Yakov Spivak, deceased; Zoya Prudnikova;       )
and Egor Prudnikov;                            )
                                               )
Khalima Taymetova, individually and as         )
personal representative of the estate of       )
Bobir Taymetov, deceased; Nodira               )
Taymetova; and Nargiza Taymetova;              )
                                               )
Margarita Belysheva, individually and as       )
personal representative of the estate of       )
Marina Tarasova, deceased;                     )
                                               )
Yuriy Tarasov, individually and as             )
personal representative of the estate of       )
Yana Tarasova, deceased; Olga Kalinina;        )
and Stanislav Tarasov;                         )

Fang Qishan, individually and as                    )
personal representative of the estate of            )
Fang Fang, deceased; Bao Cui Qin; and               )
Fang Yue Zong;                                      )
                                                    )
Svetlana Sharafutdinova, individually and           )
as personal representative of the estate of         )
Elena Shleikova, deceased; Nadzhip                  )
Sharafutdinov; Evelina Sharafutdinov;               )
and Christina Shleikova;                            )
                                                    )
Yuriy Tarasov, individually and as                  )
personal representative of the estate of            )
Mark Yashmanov, deceased;                           )
                                                    )
Yuriy Tarasov, individually and as                  )
personal representative of the estate of            )
Semen Yashmanov, deceased;                          )
                                                    )
Janusz Sobek, individually and as                   )
personal representative of the estate of            )
Christian Sobek, deceased; Gregorz Sobek;           )
and Pawel Sobek;                                    )
                                                    )
Seadet Safieva, individually and as                 )
personal representative of the estate of            )
Ismail Safiev, deceased; Nabat Safieva;             )
Tunzila Safieva; Sadagat Safieva; and               )
Khatira Shirinova;                                  )
                                                    )
Nadiya Makarova, individually and as                )
personal representative of the estate of            )
Sofia Ustinova, deceased; Vadim Makarov;            )
Polina Makarova; and Georgy Makarov;                )
                                                    )
Alexander Sankin, individually and as               )
personal representative of the estate of            )
Lyudmila Sankina, deceased;                         )
Egor Prudnikov; Zoya Prudnikova; and                )
Larisa Vorobyova;                                   )
                                                    )
                          Plaintiffs,               )

```
                                          )
            -vs-                           )
                                          )
FTI, Inc., a corporation, f/k/a Flight    )
Training International, Inc., a corporation, )
and Nordavia, a joint stock company, f/k/a )
Aeroflot-Nord, a joint stock company;     )
                                          )
                    Defendants.            )
```

---

### **COMPLAINT AND JURY DEMAND**

---

Now come the Plaintiffs, and each of them, complaining of the defendants, FTI, Inc., a corporation, f/k/a Flight Training International, Inc., a corporation, and Nordavia, a joint stock company, f/k/a Aeroflot-Nord, a joint stock company, and each of them, state as follows:

### **Jurisdiction and Venue**

1.      This action arises seeks damages arising from the wrongful deaths of plaintiff's decedents arising from the crash of a Boeing 737 airplane operated as Aeroflot-Nord Flight 821 near Perm, Russian on September 14, 2008.

2.      Original jurisdiction exists in district court of the United States pursuant to 28 U.S.C. § 1369, commonly known as the Multiparty, Multiforum Jurisdiction Act.

3.      Venue exists in this district pursuant to 28 U.S.C. § 1391(b) as the defendants, and each of them, reside in this district and/or substantial part of the events or omission giving rise to the claims occurred in this district and/or one or more of the defendants may be found in this district and there is no other district in which the action may be otherwise brought.

**Count I**

**Negligence – FTI – Wrongful Death**

1.      On September 14, 2008, and at all relevant times prior thereto, Flight Training International, Inc., was a Colorado corporation with its principal place of business located within the District of Colorado.

2.      On or about January 30, 2009, Flight Training International, Inc., changed its name and identity to that of the defendant, FTI, Inc.

3.      On or about April 20, 2010, Articles of Dissolution with respect to the defendant, FTI, Inc., were filed with the Colorado Secretary of State. The defendant, FTI, Inc., and its predecessor corporation, Flight Training International, Inc., are hereinafter collectively referred to as "defendant, FTI, Inc."

4.      On September 14, 2008 and at all relevant times prior thereto, Aeroflot-Nord was a Russian joint stock company.

5.      On or about December 1, 2009, Aeroflot-Nord changed its name and identity to the defendant, Nordavia. Defendant, Nordavia and its predecessor company, Aeroflot-Nord are hereinafter collectively referred to as "defendant, Aeroflot-Nord")

6.      Prior to or in 2006, defendant, FTI, Inc., and the defendant, Aeroflot-Nord, came to an agreement whereby the defendant, FTI, Inc., would provide Boeing 737-500 type rating training and certification of completion of initial and/or differences training to flight crew employed by the defendant, Aeroflot-Nord in Denver, Colorado in exchange for monetary payment by defendant, Aeroflot-Nord.

7.      In or about 2006 and pursuant to the said agreement or otherwise, the defendant, FTI, Inc., did in fact undertake a duty to train certain flight crew members of Aeroflot-Nord,

including, but not limited to Rodion Medvedev, in the operation and control of the Boeing model 737-500 aircraft.

8.    At all times herein relevant, Rodion Medvedev was an employee of the defendant, Aeroflot-Nord, and was acting within the scope of his employment by the defendant, Aeroflot-Nord.

9.    On September 14, 2008, the defendant, Aeroflot-Nord, operated a certain Boeing 737-500 model aircraft as Flight 821 from Moscow, Russia to Perm, Russia which aircraft was piloted by Rodion Medvedev as the pilot-in-command.

10.    On September 14, 2008, the plaintiffs' decedents, Rafiq Nariman Abdulaev; Mamemdali Azizov; Ekaterina Alexandrova; Alexey Afonasenkov, Jr.; Nataliya Birlovskaya; Mikhail Golomonzin; Oleg Demenev; Akif Saday Jalalov; Dmitriy Efremov; Olga Zalazaeva a/k/a Olga Senkevich; Illya Kytmanov; Nurida Mirzoeva; Golda Nakhumova; Ilya Nakhumov; Ifraim Nakhumov; Eva Nakhumova; Alexey Oparin; Tagi Osmanov; Olga Petrova; Marina Popova; Evgeniy Sankin; Sergey Senkevich; Elena Solodnikova; Alexandra Spivak; Anna Spivak; Yakov Spivak; Bobir Taymetov; Marina Tarasova; Yana Tarasova; Fang Fang; Elena Shleikova; Mark Yashmanov; Semen Yashmanov; Christian Sobek; Ismail Safiev; Sofia Ustinova; and Lyudmila Sankina; and each of them, were passengers being transported on the aircraft operated as Aeroflot-Nord Flight 821 and piloted by Rodion Medvedev as the pilot-in-command.

11.    It then and there became and was the duty of the defendant, FTI, Inc., to exercise reasonable in the training of flight crew members, including, but not limited to Rodion Medvedev, so as not to cause injuries or death to persons.

12.     Notwithstanding the aforesaid duty, the defendant, FTI, Inc., breached its duty of care in one or more of the following respects:

a)     Negligently and carelessly failed to properly and adequately train Rodion Medvedev in the performance of approach checklists, practices and procedures;

b)     Negligently and carelessly failed to properly and adequately train Rodion Medvedev in cockpit resource management;

c)     Negligently and carelessly failed to properly and adequately train Rodion Medvedev in recognizing and properly responding to abnormal and emergency conditions and procedures;

d)     Negligently and carelessly failed to properly and adequately provide Rodion Medvedev with upset recovery and unusual attitude training;

e)     Negligently and carelessly failed to train Rodion Medvedev in accordance with the Flight Crew Training Manual published by the aircraft's manufacturer, The Boeing Company;

f)     Negligently and carelessly failed to conduct a proper and adequate simulator check ride as to Rodion Medvedev yet certified him as qualified to operate the Boeing 737 model aircraft;

g)     Otherwise, negligently and carelessly failed to properly and adequately train flight crew members of the defendant, Aeroflot-Nord, including Rodion Medvedev in particulars to be determined through discovery in this action.

13.     As a direct and proximate result of the aforesaid breach of duty by the defendant, FTI, Inc., the aircraft operated as Aeroflot-Nord Flight 821 and piloted by Rodion Medvedev, was caused to and did crash into the ground near Perm, Russia, and as a consequence thereof, the plaintiffs decedents, and each of them, suffered personal injuries that resulted in their deaths.

14.     At the time of their deaths, the plaintiffs' decedents, and each of them, left surviving certain next-of-kin and/or heirs, including but not limited to plaintiffs, Ildyrym Abdulaev; Aglydzhan Abdulaev; Gyzyrgul Abdulaeva; Sabukhi Abdulaev; Zibeida Abdulaeva; Mamed Abdulaev; Balakhan Abdulaev; Vagif Abdulaev; Tofig Abdulaev; Fergane Kheirulla;

Farid Azizli, a minor; Hikmet Azizli; Feride Azizli; Sarme Ataeva; Hezi Azizov; Fikret Azizov; Sevda Agayeva; Nazila Azizova; Sanubar Azizova; Nazaket Azizova; Vasiliy Alexandrov; Valentina Alexandrova; Sergey Alexandrov; Alexey Afonasenkov; Alexander Afonasenkov; Ivan Afonasenkov; Irina Afonasekova; Yuliya Afonasenkova; Valentina Birlovskaya; Svetlana Golomonzina; Igor Golomonzin; Gennadiy Golomonzin; Elena Demeneva; Vadim Demenev, a minor; Mikhail Demenev, a minor; David Demenev, a minor; Alevtina Demeneva; Yuriy Demenev; Ravshan Jalalov; Mahbuba Jalalova; Hakim Jalalov; Anar Jalalov; Hayal Jalalov; Tohfa Jalalova; Zabil Jalalov; Zahid Jalalov; Rahib Jalalov; Zokhra Huseynova; Naib Jalalov; Gulhanym Rustamova; Ilkham Jalalov; Parvana Habibova; Anna Efremova; Vladislav Efremov, a minor; Vladislav Efremov, Sr.; Lyudmila Efremova; Vladimir Zalazaev; Natalia Zalazaeva; Aleksey Zalazaev; Olga Kytmanova; Vladimir Kytmanov; Anton Kytmanov; Hanahmed Mirzoev; Zivar Mirzoeva; Nail Mirzoev; Rambom Binyaminov; Solmaz Binyaminova; Emil Binyaminov; and Lyudmila Binyaminova; Khavasilit Nakhumova; Rambom Binyaminov; Solmaz Binyaminova; Khavasilit Nakhumova; Miriam Nakhumova; Sofia Nakhumova; Sabo Nakhumova; Flora Nakhumova; Tamila Nakhumova; Iosif Nakhumov; Khavasilit Nakhumova; Rambom Binyaminov; Solmaz Binyaminova; Alexander Oparin; Lyudmila Oparina; Alexander Oparin, Jr.; Anna Naumova; Zhumshit Aslanov; Naila Osmanova; Margarita Pahomova; Natalyia Petrova; Igor Pahomov; Yuriy Pahomov; Irina Popova; Igor Popov; Ekaterina Popova; Alexander Sankin; Margarita Sankina; Victoria Sankina; Victor Senkevich; Tatyana Senkevich; Olga Senkevich; Lyudmila Pelishenko; Nataliya Margolina; Sergey Margolin; Tatyana Margolina; Alexander Sankin; Nataliya Margolina; Sergey Margolin; Tatyana Margolina; Alexander Sankin; Zoya Prudnikova; Egor Prudnikov; Khalima Taymetova; Djakhangir Taymetov; Nodira Taymetova; Nargiza Taymetova; Margarita Belysheva; Yuriy Tarasov; Olga

Kalinina; Stanislav Tarasov; Fang Qishan; Bao Cui Qin; Fang Yue Zong; Svetlana

Sharafutdinova; Nadzhip Sharafutdinov; Evelina Sharafutdinov; Christina Shleikova; Yuriy

Tarasov; Janusz Sobek; Gregorz Sobek; Pawel Sobek; Seadet Safieva; Nabat Safieva; Tunzila

Safieva; Sadagat Safieva; Khatira Shirinova; Nadiya Makarova; Vadim Makarov; Polina

Makarova; Georgy Makarov; Alexander Sankin; Egor Prudnikov; Zoya Prudnikova; and Larisa

Vorobyova; each for whose benefit this action is brought.

15.     By reason of the premises, said next-of-kin and/or heirs of plaintiffs' decedents,

including but not limited to plaintiffs, Ildyrym Abdulaev; Aglydzhan Abdulaev; Gyzyrgul

Abdulaeva; Sabukhi Abdulaev; Zibeida Abdulaeva; Mamed Abdulaev; Balakhan Abdulaev;

Vagif Abdulaev; Tofig Abdulaev; Fergane Kheirulla; Farid Azizli, a minor; Hikmet Azizli;

Feride Azizli; Sarme Ataeva; Hezi Azizov; Fikret Azizov; Sevda Agayeva; Nazila Azizova;

Sanubar Azizova; Nazaket Azizova; Vasiliy Alexandrov; Valentina Alexandrova; Sergey

Alexandrov; Alexey Afonasenkov; Alexander Afonasenkov; Ivan Afonasenkov; Irina

Afonasekova; Yuliya Afonasenkova; Valentina Birlovskaya; Svetlana Golomonzina; Igor

Golomonzin; Gennadiy Golomonzin; Elena Demeneva; Vadim Demenev, a minor; Mikhail

Demenev, a minor; David Demenev, a minor; Alevtina Demeneva; Yuriy Demenev; Ravshan

Jalalov; Mahbuba Jalalova; Hakim Jalalov; Anar Jalalov; Hayal Jalalov; Tohfa Jalalova; Zabil

Jalalov; Zahid Jalalov; Rahib Jalalov; Zokhra Huseynova; Naib Jalalov; Gulhanym Rustamova;

Ilkham Jalalov; Parvana Habibova; Anna Efremova; Vladislav Efremov, a minor; Vladislav

Efremov, Sr.; Lyudmila Efremova; Vladimir Zalazaev; Natalia Zalazaeva; Aleksey Zalazaev;

Olga Kytmanova; Vladimir Kytmanov; Anton Kytmanov; Hanahmed Mirzoev; Zivar Mirzoeva;

Nail Mirzoev; Rambom Binyaminov; Solmaz Binyaminova; Emil Binyaminov; and Lyudmila

Binyaminova; Khavasilit Nakhumova; Rambom Binyaminov; Solmaz Binyaminova; Khavasilit

Nakhumova; Miriam Nakhumova; Sofia Nakhumova; Sabo Nakhumova; Flora Nakhumova;

Tamila Nakhumova; Iosif Nakhumov; Khavasilit Nakhumova; Rambom Binyaminov; Solmaz

Binyaminova; Alexander Oparin; Lyudmila Oparina; Alexander Oparin, Jr.; Anna Naumova;

Zhumshit Aslanov; Naila Osmanova; Margarita Pahomova; Natalyia Petrova; Igor Pahomov;

Yuriy Pahomov; Irina Popova; Igor Popov; Ekaterina Popova; Alexander Sankin; Margarita

Sankina; Victoria Sankina; Victor Senkevich; Tatyana Senkevich; Olga Senkevich; Lyudmila

Pelishenko; Nataliya Margolina; Sergey Margolin; Tatyana Margolina; Alexander Sankin;

Nataliya Margolina; Sergey Margolin; Tatyana Margolina; Alexander Sankin; Zoya Prudnikova;

Egor Prudnikov; Khalima Taymetova; Djakhangir Taymetov; Nodira Taymetova; Nargiza

Taymetova; Margarita Belysheva; Yuriy Tarasov; Olga Kalinina; Stanislav Tarasov; Fang

Qishan; Bao Cui Qin; Fang Yue Zong; Svetlana Sharafutdinova; Nadzhip Sharafutdinov; Evelina

Sharafutdinov; Christina Shleikova; Yuriy Tarasov; Janusz Sobek; Gregorz Sobek; Pawel Sobek;

Seadet Safieva; Nabat Safieva; Tunzila Safieva; Sadagat Safieva; Khatira Shirinova; Nadiya

Makarova; Vadim Makarov; Polina Makarova; Georgy Makarov; Alexander Sankin; Egor

Prudnikov; Zoya Prudnikova; and Larisa Vorobyova; and each of them, have sustained

substantial personal and pecuniary damages, including but not limited to, loss of society and

companionship, moral damages, and the loss of each of the respective decedent's earning

capacity.

   16.  That Ildyrym Abdulaev is the personal representative of the estate of Rafiq

Nariman Abdulaev, deceased; Fergane Kheirulla is the personal representative of the estate of

Mamemdali Azizov, deceased; Vasiliy Alexandrov is the personal representative of the estate of

Ekaterina Alexandrova, deceased; Alexey Afonasenkov is the personal representative of the

estate of Alexey Afonasenkov, Jr., deceased; Valentina Birlovskaya is the personal

representative of the estate of Nataliya Birlovskaya, deceased; Svetlana Golomonzina is the personal representative of the estate of Mikhail Golomonzin, deceased; Elena Demeneva is the personal representative of the estate of Oleg Demenev, deceased; Ravshan Jalalov is the personal representative of the estate of Akif Saday Jalalov, deceased; Anna Efremova is the personal representative of the estate of Dmitriy Efremov, deceased; Vladimir Zalazaev is the personal representative of the estate of Olga Zalazaeva a/k/a Olga Senkevich, deceased; Olga Kytmanova is the personal representative of the estate of Illya Kytmanov, deceased; Hanahmed Mirzoev is the personal representative of the estate of Nurida Mirzoeva, deceased; Rambom Binyaminov is the personal representative of the estate of Golda Nakhumova, deceased; Khavasilit Nakhumova is the personal representative of the estate of Ilya Nakhumov, deceased; Khavasilit Nakhumova is the personal representative of the estate of Ifraim Nakhumov, deceased; Khavasilit Nakhumova is the personal representative of the estate of Eva Nakhumova, deceased; Alexander Oparin is the personal representative of the estate of Alexey Oparin, deceased; Zhumshit Aslanov is the personal representative of the estate of Tagi Osmanov, deceased; Margarita Pahomova is the personal representative of the estate of Olga Petrova, deceased; Irina Popova is the personal representative of the estate of Marina Popova, deceased; Alexander Sankin is the personal representative of the estate of Evgeniy Sankin, deceased; Victor Senkevich is the personal representative of the estate of Sergey Senkevich, deceased; Lyudmila Pelishenko is the personal representative of the estate of Elena Solodnikova, deceased; Nataliya Margolina is the personal representative of the estate of Alexandra Spivak, deceased; Nataliya Margolina is the personal representative of the estate of Anna Spivak, deceased; Alexander Sankin is the personal representative of the estate of Yakov Spivak, deceased; Khalima Taymetova is the personal representative of the estate of Bobir Taymetov, deceased; Margarita Belysheva is the personal

representative of the estate of Marina Tarasova, deceased; Yuriy Tarasov is the personal representative of the estate of Yana Tarasova, deceased; Fang Qishan is the personal representative of the estate of Fang Fang, deceased; Svetlana Sharafutdinova is the personal representative of the estate of Elena Shleikova, deceased; Yuriy Tarasov is the personal representative of the estate of Mark Yashmanov, deceased; Yuriy Tarasov is the personal representative of the estate of Semen Yashmanov, deceased; Janusz Sobek is the personal representative of the estate of Christian Sobek, deceased; Seadet Safieva is the personal representative of the estate of Ismail Safiev, deceased; Nadiya Makarova is the personal representative of the estate of Sofia Ustinova, deceased; and Alexander Sankin is the personal representative of the estate of Lyudmila Sankina, deceased; Egor Prudnikov; Zoya Prudnikova; and Larisa Vorobyova; and that each such personal representative of each such estate is acting in his or her capacity for the benefit of all heirs of each of the respective decedents.

WHEREFORE, the plaintiffs, Ildyrym Abdulaev, individually and as personal representative of the estate of Rafiq Nariman Abdulaev, deceased; Aglydzhan Abdulaev; Gyzyrgul Abdulaeva; Sabukhi Abdulaev; Zibeida Abdulaeva; Mamed Abdulaev; Balakhan Abdulaev; Vagif Abdulaev; and Tofig Abdulaev; Fergane Kheirulla, individually and as personal representative of the estate of Mamemdali Azizov, deceased, Farid Azizli, a minor by his mother and guardian, Fergane Kheirulla; Hikmet Azizli; Feride Azizli; Sarme Ataeva; Hezi Azizov; Fikret Azizov; Sevda Agayeva; Nazila Azizova; Sanubar Azizova; and Nazaket Azizova; Vasiliy Alexandrov, individually and as personal representative of the estate of Ekaterina Alexandrova, deceased; Valentina Alexandrova; and Sergey Alexandrov Alexey Afonasenkov, individually and as personal representative of the estate of Alexey Afonasenkov, Jr., deceased; Alexander Afonasenkov; Ivan Afonasenkov; Irina Afonasekova; and Yuliya Afonasenkova; Valentina

Birlovskaya, individually and as personal representative of the estate of Nataliya Birlovskaya, deceased; Svetlana Golomonzina, individually and as personal representative of the estate of Mikhail Golomonzin, deceased; Igor Golomonzin; and Gennadiy Golomonzin; Elena Demeneva, individually and as personal representative of the estate of Oleg Demenev, deceased, Vadim Demenev, a minor, by his mother and guardian, Elena Demeneva, Mikhail Demenev, a minor, by his mother and guardian, Elena Demeneva, David Demenev, a minor, by his mother and guardian, Elena Demeneva; Alevtina Demeneva; and Yuriy Demenev; Ravshan Jalalov, individually and as personal representative of the estate of Akif Saday Jalalov, deceased; Mahbuba Jalalova; Hakim Jalalov; Anar Jalalov; Hayal Jalalov; Tohfa Jalalova; Zabil Jalalov; Zahid Jalalov; Rahib Jalalov; Zokhra Huseynova; Naib Jalalov; Gulhanym Rustamova; Ilkham Jalalov; and Parvana Habibova; Anna Efremova, individually and as personal representative of the estate of Dmitriy Efremov, deceased, Vladislav Efremov, a minor, by his mother and guardian, Anna Efremova; Vladislav Efremov, Sr.; and Lyudmila Efremova; Vladimir Zalazaev, individually and as personal representative of the estate of Olga Zalazaeva a/k/a Olga Senkevich, deceased; Natalia Zalazaeva; and Aleksey Zalazaev; Olga Kytmanova, individually and as personal representative of the estate of Illya Kytmanov, deceased; Vladimir Kytmanov; and Anton Kytmanov; Hanahmed Mirzoev, individually and as personal representative of the estate of Nurida Mirzoeva, deceased; Zivar Mirzoeva; and Nail Mirzoev; Rambom Binyaminov, individually and as personal representative of the estate of Golda Nakhumova, deceased; Solmaz Binyaminova; Emil Binyaminov; and Lyudmila Binyaminova; Khavasilit Nakhumova, individually and as personal representative of the estate of Ilya Nakhumov, deceased; Rambom Binyaminov; Solmaz Binyaminova; Khavasilit Nakhumova, individually and as personal representative of the estate of Ifraim Nakhumov, deceased; Miriam Nakhumova; Sofia

Nakhumova; Sabo Nakhumova; Flora Nakhumova; Tamila Nakhumova; Iosif Nakhumov;

Khavasilit Nakhumova, individually and as personal representative of the estate of Eva

Nakhumova,deceased; Rambom Binyaminov; Solmaz Binyaminova; Alexander Oparin,

individually and as personal representative of the estate of Alexey Oparin, deceased; Lyudmila

Oparina; Alexander Oparin, Jr.; and Anna Naumova; Zhumshit Aslanov, individually and as

personal representative of the estate of Tagi Osmanov, deceased; and Naila Osmanova;

Margarita Pahomova, individually and as personal representative of the estate of Olga Petrova,

deceased; Natalyia Petrova; Igor Pahomov; Yuriy Pahomov; Irina Popova, individually and as

personal representative of the estate of Marina Popova, deceased; Igor Popov; and Ekaterina

Popova; Alexander Sankin, individually and as personal representative of the estate of Evgeniy

Sankin, deceased; Margarita Sankina; and Victoria Sankina; Victor Senkevich, individually and

as personal representative of the estate of Sergey Senkevich, deceased; Tatyana Senkevich; and

Olga Senkevich; Lyudmila Pelishenko, individually and as personal representative of the estate

of Elena Solodnikova, deceased; Nataliya Margolina, individually and as personal representative

of the estate of Alexandra Spivak,deceased; Sergey Margolin; Tatyana Margolina; and

Alexander Sankin; Nataliya Margolina, individually and as personal representative of the estate

of Anna Spivak,deceased; Sergey Margolin; and Tatyana Margolina; Alexander Sankin,

individually and as personal representative of the estate of Yakov Spivak, deceased; Zoya

Prudnikova; and Egor Prudnikov; Khalima Taymetova, individually and as personal

representative of the estate of Bobir Taymetov, deceased; Nodira Taymetova; and Nargiza

Taymetova; Margarita Belysheva, individually and as personal representative of the estate of

Marina Tarasova, deceased; Yuriy Tarasov, individually and as personal representative of the

estate of Yana Tarasova, deceased; Olga Kalinina; and Stanislav Tarasov; Fang Qishan,

individually and as personal representative of the estate of Fang Fang, deceased; Bao Cui Qin; and Fang Yue Zong; Svetlana Sharafutdinova, individually and as personal representative of the estate of Elena Shleikova, deceased; Nadzhip Sharafutdinov; Evelina Sharafutdinov; and Christina Shleikova; Yuriy Tarasov, individually and as personal representative of the estate of Mark Yashmanov, deceased; Yuriy Tarasov, individually and as personal representative of the estate of Semen Yashmanov, deceased; Janusz Sobek, individually and as personal representative of the estate of Christian Sobek, deceased; Gregorz Sobek; and Pawel Sobek; Seadet Safieva, individually and as personal representative of the estate of Ismail Safiev, deceased; Nabat Safieva; Tunzila Safieva; Sadagat Safieva; and Khatira Shirinova; Nadiya Makarova, individually and as personal representative of the estate of Sofia Ustinova, deceased; Vadim Makarov; Polina Makarova; and Georgy Makarov; Alexander Sankin, individually and as personal representative of the estate of Lyudmila Sankina, deceased; Egor Prudnikov; Zoya Prudnikova; and Larisa Vorobyova; and each of them, pray that judgment be entered in their favor and against the defendant, FTI, Inc., a corporation f/k/a Flight Training International, Inc., in a sum in excess of one million dollars ($1,000,000.00) together with pre-judgment interest, attorney fees, and the costs of this action.

**Count II**

**Negligence – FTI – Survival Action**

1-13.    Plaintiffs hereby adopt and allege paragraphs 1 through 13, inclusive, of Count I as and for paragraphs 1 through 13, inclusive of Count II as though fully set forth herein.

14.    That prior to their deaths, plaintiffs' decedents, Rafiq Nariman Abdulaev; Mamemdali Azizov; Ekaterina Alexandrova; Alexey Afonasenkov, Jr.; Nataliya Birlovskaya; Mikhail Golomonzin; Oleg Demenev; Akif Saday Jalalov; Dmitriy Efremov; Olga Zalazaeva

a/k/a Olga Senkevich; Illya Kytmanov; Nurida Mirzoeva; Golda Nakhumova; Ilya Nakhumov;
Ifraim Nakhumov; Eva Nakhumova; Alexey Oparin; Tagi Osmanov; Olga Petrova; Marina
Popova; Evgeniy Sankin; Sergey Senkevich; Elena Solodnikova; Alexandra Spivak; Anna
Spivak; Yakov Spivak; Bobir Taymetov; Marina Tarasova; Yana Tarasova; Fang Fang; Elena
Shleikova; Mark Yashmanov; Semen Yashmanov; Christian Sobek; Ismail Safiev; Sofia
Ustinova; and Lyudmila Sankina; and each of them, were caused to suffer multiple and diverse
injuries of both a personal and pecuniary nature, inclusive of conscious pain and suffering and
severe terror prior to impact and prior to their deaths.

15.    That had the plaintiffs' decedents, and each of them, survived, each would have
been entitled to bring an action for damages, and such action has survived each of them.

16.    That Ildyrym Abdulaev is the personal representative of the estate of Rafiq
Nariman Abdulaev, deceased; Fergane Kheirulla is the personal representative of the estate of
Mamemdali Azizov, deceased; Vasiliy Alexandrov is the personal representative of the estate of
Ekaterina Alexandrova, deceased; Alexey Afonasenkov is the personal representative of the
estate of Alexey Afonasenkov, Jr., deceased; Valentina Birlovskaya is the personal
representative of the estate of Nataliya Birlovskaya, deceased; Svetlana Golomonzina is the
personal representative of the estate of Mikhail Golomonzin, deceased; Elena Demeneva is the
personal representative of the estate of Oleg Demenev, deceased; Ravshan Jalalov is the personal
representative of the estate of Akif Saday Jalalov, deceased; Anna Efremova is the personal
representative of the estate of Dmitriy Efremov, deceased; Vladimir Zalazaev is the personal
representative of the estate of Olga Zalazaeva a/k/a Olga Senkevich, deceased; Olga Kytmanova
is the personal representative of the estate of Illya Kytmanov, deceased; Hanahmed Mirzoev is
the personal representative of the estate of Nurida Mirzoeva, deceased; Rambom Binyaminov is

the personal representative of the estate of Golda Nakhumova, deceased; Khavasilit Nakhumova

is the personal representative of the estate of Ilya Nakhumov, deceased; Khavasilit Nakhumova

is the personal representative of the estate of Ifraim Nakhumov, deceased; Khavasilit

Nakhumova is the personal representative of the estate of Eva Nakhumova,deceased; Alexander

Oparin is the personal representative of the estate of Alexey Oparin, deceased; Zhumshit

Aslanov is the personal representative of the estate of Tagi Osmanov, deceased; Margarita

Pahomova is the personal representative of the estate of Olga Petrova, deceased; Irina Popova is

the personal representative of the estate of Marina Popova, deceased; Alexander Sankin is the

personal representative of the estate of Evgeniy Sankin, deceased; Victor Senkevich is the

personal representative of the estate of Sergey Senkevich, deceased; Lyudmila Pelishenko is the

personal representative of the estate of Elena Solodnikova, deceased; Nataliya Margolina is the

personal representative of the estate of Alexandra Spivak, deceased; Nataliya Margolina is the

personal representative of the estate of Anna Spivak, deceased; Alexander Sankin is the personal

representative of the estate of Yakov Spivak, deceased; Khalima Taymetova is the personal

representative of the estate of Bobir Taymetov, deceased; Margarita Belysheva is the personal

representative of the estate of Marina Tarasova, deceased; Yuriy Tarasov is the personal

representative of the estate of Yana Tarasova, deceased; Fang Qishan is the personal

representative of the estate of Fang Fang, deceased; Svetlana Sharafutdinova is the personal

representative of the estate of Elena Shleikova, deceased; Yuriy Tarasov is the personal

representative of the estate of Mark Yashmanov, deceased; Yuriy Tarasov is the personal

representative of the estate of Semen Yashmanov, deceased; Janusz Sobek is the personal

representative of the estate of Christian Sobek, deceased; Seadet Safieva is the personal

representative of the estate of Ismail Safiev, deceased; Nadiya Makarova is the personal

representative of the estate of Sofia Ustinova, deceased; and Alexander Sankin is the personal representative of the estate of Lyudmila Sankina, deceased; Egor Prudnikov; Zoya Prudnikova; and Larisa Vorobyova; and that each such personal representative of each such estate is acting in his or her capacity for the benefit of all heirs of each of the respective decedents.

WHEREFORE, the plaintiffs, Ildyrym Abdulaev, individually and as personal representative of the estate of Rafiq Nariman Abdulaev, deceased; Aglydzhan Abdulaev; Gyzyrgul Abdulaeva; Sabukhi Abdulaev; Zibeida Abdulaeva; Mamed Abdulaev; Balakhan Abdulaev; Vagif Abdulaev; and Tofig Abdulaev; Fergane Kheirulla, individually and as personal representative of the estate of Mamemdali Azizov, deceased, Farid Azizli, a minor by his mother and guardian, Fergane Kheirulla; Hikmet Azizli; Feride Azizli; Sarme Ataeva; Hezi Azizov; Fikret Azizov; Sevda Agayeva; Nazila Azizova; Sanubar Azizova; and Nazaket Azizova; Vasiliy Alexandrov, individually and as personal representative of the estate of Ekaterina Alexandrova, deceased; Valentina Alexandrova; and Sergey Alexandrov Alexey Afonasenkov, individually and as personal representative of the estate of Alexey Afonasenkov, Jr., deceased; Alexander Afonasenkov; Ivan Afonasenkov; Irina Afonasekova; and Yuliya Afonasenkova; Valentina Birlovskaya, individually and as personal representative of the estate of Nataliya Birlovskaya, deceased; Svetlana Golomonzina, individually and as personal representative of the estate of Mikhail Golomonzin, deceased; Igor Golomonzin; and Gennadiy Golomonzin; Elena Demeneva, individually and as personal  representative of the estate of Oleg Demenev, deceased, Vadim Demenev, a minor, by his mother and guardian, Elena Demeneva, Mikhail Demenev, a minor, by his mother and guardian, Elena Demeneva, David Demenev, a minor, by his mother and guardian, Elena Demeneva; Alevtina Demeneva; and Yuriy Demenev; Ravshan Jalalov, individually and as personal representative of the estate of Akif Saday Jalalov, deceased;

Mahbuba Jalalova; Hakim Jalalov; Anar Jalalov; Hayal Jalalov; Tohfa Jalalova; Zabil Jalalov; Zahid Jalalov; Rahib Jalalov; Zokhra Huseynova; Naib Jalalov; Gulhanym Rustamova; Ilkham Jalalov; and Parvana Habibova; Anna Efremova, individually and as personal representative of the estate of Dmitriy Efremov, deceased, Vladislav Efremov, a minor, by his mother and guardian, Anna Efremova; Vladislav Efremov, Sr.; and Lyudmila Efremova; Vladimir Zalazaev, individually and as personal representative of the estate of Olga Zalazaeva a/k/a Olga Senkevich, deceased; Natalia Zalazaeva; and Aleksey Zalazaev; Olga Kytmanova, individually and as personal representative of the estate of Illya Kytmanov, deceased; Vladimir Kytmanov; and Anton Kytmanov; Hanahmed Mirzoev, individually and as personal representative of the estate of Nurida Mirzoeva, deceased; Zivar Mirzoeva; and Nail Mirzoev; Rambom Binyaminov, individually and as personal representative of the estate of Golda Nakhumova, deceased; Solmaz Binyaminova; Emil Binyaminov; and Lyudmila Binyaminova; Khavasilit Nakhumova, individually and as personal representative of the estate of Ilya Nakhumov, deceased; Rambom Binyaminov; Solmaz Binyaminova; Khavasilit Nakhumova, individually and as personal representative of the estate of Ifraim Nakhumov, deceased; Miriam Nakhumova; Sofia Nakhumova; Sabo Nakhumova; Flora Nakhumova; Tamila Nakhumova; Iosif Nakhumov; Khavasilit Nakhumova, individually and as personal representative of the estate of Eva Nakhumova,deceased; Rambom Binyaminov; Solmaz Binyaminova; Alexander Oparin, individually and as personal representative of the estate of Alexey Oparin, deceased; Lyudmila Oparina; Alexander Oparin, Jr.; and Anna Naumova; Zhumshit Aslanov, individually and as personal representative of the estate of Tagi Osmanov, deceased; and Naila Osmanova; Margarita Pahomova, individually and as personal representative of the estate of Olga Petrova, deceased; Natalyia Petrova; Igor Pahomov; Yuriy Pahomov; Irina Popova, individually and as

personal representative of the estate of Marina Popova, deceased; Igor Popov; and Ekaterina

Popova; Alexander Sankin, individually and as personal representative of the estate of Evgeniy

Sankin, deceased; Margarita Sankina; and Victoria Sankina; Victor Senkevich, individually and

as personal representative of the estate of Sergey Senkevich, deceased; Tatyana Senkevich; and

Olga Senkevich; Lyudmila Pelishenko, individually and as personal representative of the estate

of Elena Solodnikova, deceased; Nataliya Margolina, individually and as personal representative

of the estate of Alexandra Spivak,deceased; Sergey Margolin; Tatyana Margolina; and

Alexander Sankin; Nataliya Margolina, individually and as personal representative of the estate

of Anna Spivak,deceased; Sergey Margolin; and Tatyana Margolina; Alexander Sankin,

individually and as personal representative of the estate of Yakov Spivak, deceased; Zoya

Prudnikova; and Egor Prudnikov; Khalima Taymetova, individually and as personal

representative of the estate of Bobir Taymetov, deceased; Nodira Taymetova; and Nargiza

Taymetova; Margarita Belysheva, individually and as personal representative of the estate of

Marina Tarasova, deceased; Yuriy Tarasov, individually and as personal representative of the

estate of Yana Tarasova, deceased; Olga Kalinina; and Stanislav Tarasov; Fang Qishan,

individually and as personal representative of the estate of Fang Fang, deceased; Bao Cui Qin;

and Fang Yue Zong; Svetlana Sharafutdinova, individually and as personal representative of the

estate of Elena Shleikova, deceased; Nadzhip Sharafutdinov; Evelina Sharafutdinov; and

Christina Shleikova; Yuriy Tarasov, individually and as personal representative of the estate of

Mark Yashmanov, deceased; Yuriy Tarasov, individually and as personal representative of the

estate of Semen Yashmanov, deceased; Janusz Sobek, individually and as personal

representative of the estate of Christian Sobek, deceased; Gregorz Sobek; and Pawel Sobek;

Seadet Safieva, individually and as personal representative of the estate of Ismail Safiev,

deceased; Nabat Safieva; Tunzila Safieva; Sadagat Safieva; and Khatira Shirinova; Nadiya

Makarova, individually and as personal representative of the estate of Sofia Ustinova, deceased;

Vadim Makarov; Polina Makarova; and Georgy Makarov; Alexander Sankin, individually and as

personal representative of the estate of Lyudmila Sankina, deceased; Egor Prudnikov; Zoya

Prudnikova; and Larisa Vorobyova; and each of them, pray that judgment be entered in their

favor and against the defendant, FTI, Inc., a corporation f/k/a Flight Training International, Inc.,

in a sum in excess of one million dollars ($1,000,000.00) together with pre-judgment interest,

attorney fees, and the costs of this action.

## Count III

## Negligence – Air Carrier – Wrongful Death

1-8.     Plaintiff hereby adopts and alleges paragraphs 1 through 8,  inclusive, of Count I

as and for paragraphs 1 through 8,  inclusive, of Count I as though fully set forth herein.

9.     On September 14, 2008, the defendant, Aeroflot-Nord, operated a certain Boeing

737-500 model aircraft as Flight 821 from Moscow, Russia to Perm, Russia which aircraft was

piloted by Rodion Medvedev as the pilot-in-command.

10.     On September 14, 2008, the plaintiffs' decedents, Rafiq Nariman Abdulaev;

Mamemdali Azizov; Ekaterina Alexandrova; Alexey Afonasenkov, Jr.; Nataliya Birlovskaya;

Mikhail Golomonzin; Oleg Demenev; Akif Saday Jalalov; Dmitriy Efremov; Olga Zalazaeva

a/k/a Olga Senkevich; Illya Kytmanov; Nurida Mirzoeva; Golda Nakhumova; Ilya Nakhumov;

Ifraim Nakhumov; Eva Nakhumova; Alexey Oparin; Tagi Osmanov; Olga Petrova; Marina

Popova; Evgeniy Sankin; Sergey Senkevich; Elena Solodnikova; Alexandra Spivak; Anna

Spivak; Yakov Spivak; Bobir Taymetov; Marina Tarasova; Yana Tarasova; Fang Fang; Elena

Shleikova; Mark Yashmanov; Semen Yashmanov; Christian Sobek; Ismail Safiev; Sofia

Ustinova; and Lyudmila Sankina; and each of them, were passengers being transported on the aircraft operated as Aeroflot-Nord Flight 821 and piloted by Rodion Medvedev as the pilot-in-command.

11.    That on September 14, 2008 and at all times herein relevant, it was the duty of the defendant, Aeroflot-Nord, to exercise ordinary and/or the highest degree of care in the maintenance, operation and control of the subject aircraft so as not to cause injury to the plaintiffs' decedents.

12.    The defendant, Aeroflot-Nord, breached its duty of care to the plaintiffs' decedents in one or more of the following particulars:

a)    negligently and carelessly failed to properly and adequately operate and maintain the subject aircraft in accordance with the recommendations and specifications of the aircraft manufacturer;

b)    negligently and carelessly negligently and carelessly failed to properly and adequately train it flight crew, including the pilots of the accident aircraft, in the operation of the aircraft and in accordance with  properly and adequately maintain and operate the subject engines in accordance with the the instructions and recommendations of the aircraft manufacturer;

c)    otherwise negligently and carelessly operated, maintained, and controlled the accident aircraft in particulars to be determined through discovery in this action.

13.    That as a direct and proximate result of the breach of duty by the defendant, Aeroflot-Nord, the accident aircraft was caused to and did crash into the ground near Perm, Russia, and as a consequence thereof, the plaintiffs decedents, and each of them, suffered personal injuries that resulted in their deaths.

14.    At the time of their deaths, the plaintiffs' decedents, and each of them, left surviving certain next-of-kin and/or heirs, including but not limited to plaintiffs, Ildyrym Abdulaev; Aglydzhan Abdulaev; Gyzyrgul Abdulaeva; Sabukhi Abdulaev; Zibeida Abdulaeva;

Mamed Abdulaev; Balakhan Abdulaev; Vagif Abdulaev; Tofig Abdulaev; Fergane Kheirulla;

Farid Azizli, a minor; Hikmet Azizli; Feride Azizli; Sarme Ataeva; Hezi Azizov; Fikret Azizov;

Sevda Agayeva; Nazila Azizova; Sanubar Azizova; Nazaket Azizova; Vasiliy Alexandrov;

Valentina Alexandrova; Sergey Alexandrov; Alexey Afonasenkov; Alexander Afonasenkov;

Ivan Afonasenkov; Irina Afonasekova; Yuliya Afonasenkova; Valentina Birlovskaya; Svetlana

Golomonzina; Igor Golomonzin; Gennadiy Golomonzin; Elena Demeneva; Vadim Demenev, a

minor; Mikhail Demenev, a minor; David Demenev, a minor; Alevtina Demeneva; Yuriy

Demenev; Ravshan Jalalov; Mahbuba Jalalova; Hakim Jalalov; Anar Jalalov; Hayal Jalalov;

Tohfa Jalalova; Zabil Jalalov; Zahid Jalalov; Rahib Jalalov; Zokhra Huseynova; Naib Jalalov;

Gulhanym Rustamova; Ilkham Jalalov; Parvana Habibova; Anna Efremova; Vladislav Efremov,

a minor; Vladislav Efremov, Sr.; Lyudmila Efremova; Vladimir Zalazaev; Natalia Zalazaeva;

Aleksey Zalazaev; Olga Kytmanova; Vladimir Kytmanov; Anton Kytmanov; Hanahmed

Mirzoev; Zivar Mirzoeva; Nail Mirzoev; Rambom Binyaminov; Solmaz Binyaminova; Emil

Binyaminov; and Lyudmila Binyaminova; Khavasilit Nakhumova; Rambom Binyaminov;

Solmaz Binyaminova; Khavasilit Nakhumova; Miriam Nakhumova; Sofia Nakhumova; Sabo

Nakhumova; Flora Nakhumova; Tamila Nakhumova; Iosif Nakhumov; Khavasilit Nakhumova;

Rambom Binyaminov; Solmaz Binyaminova; Alexander Oparin; Lyudmila Oparina; Alexander

Oparin, Jr.; Anna Naumova; Zhumshit Aslanov; Naila Osmanova; Margarita Pahomova;

Natalyia Petrova; Igor Pahomov; Yuriy Pahomov; Irina Popova; Igor Popov; Ekaterina Popova;

Alexander Sankin; Margarita Sankina; Victoria Sankina; Victor Senkevich; Tatyana Senkevich;

Olga Senkevich; Lyudmila Pelishenko; Nataliya Margolina; Sergey Margolin; Tatyana

Margolina; Alexander Sankin; Nataliya Margolina; Sergey Margolin; Tatyana Margolina;

Alexander Sankin; Zoya Prudnikova; Egor Prudnikov; Khalima Taymetova; Djakhangir

Taymetov; Nodira Taymetova; Nargiza Taymetova; Margarita Belysheva; Yuriy Tarasov; Olga
Kalinina; Stanislav Tarasov; Fang Qishan; Bao Cui Qin; Fang Yue Zong; Svetlana
Sharafutdinova; Nadzhip Sharafutdinov; Evelina Sharafutdinov; Christina Shleikova; Yuriy
Tarasov; Janusz Sobek; Gregorz Sobek; Pawel Sobek; Seadet Safieva; Nabat Safieva; Tunzila
Safieva; Sadagat Safieva; Khatira Shirinova; Nadiya Makarova; Vadim Makarov; Polina
Makarova; Georgy Makarov; Alexander Sankin; Egor Prudnikov; Zoya Prudnikova; and Larisa
Vorobyova; each for whose benefit this action is brought.

      15.    By reason of the premises, said next-of-kin and/or heirs of plaintiffs' decedents,
including but not limited to plaintiffs, Ildyrym Abdulaev; Aglydzhan Abdulaev; Gyzyrgul
Abdulaeva; Sabukhi Abdulaev; Zibeida Abdulaeva; Mamed Abdulaev; Balakhan Abdulaev;
Vagif Abdulaev; Tofig Abdulaev; Fergane Kheirulla; Farid Azizli, a minor; Hikmet Azizli;
Feride Azizli; Sarme Ataeva; Hezi Azizov; Fikret Azizov; Sevda Agayeva; Nazila Azizova;
Sanubar Azizova; Nazaket Azizova; Vasiliy Alexandrov; Valentina Alexandrova; Sergey
Alexandrov; Alexey Afonasenkov; Alexander Afonasenkov; Ivan Afonasenkov; Irina
Afonasekova; Yuliya Afonasenkova; Valentina Birlovskaya; Svetlana Golomonzina; Igor
Golomonzin; Gennadiy Golomonzin; Elena Demeneva; Vadim Demenev, a minor; Mikhail
Demenev, a minor; David Demenev, a minor; Alevtina Demeneva; Yuriy Demenev; Ravshan
Jalalov; Mahbuba Jalalova; Hakim Jalalov; Anar Jalalov; Hayal Jalalov; Tohfa Jalalova; Zabil
Jalalov; Zahid Jalalov; Rahib Jalalov; Zokhra Huseynova; Naib Jalalov; Gulhanym Rustamova;
Ilkham Jalalov; Parvana Habibova; Anna Efremova; Vladislav Efremov, a minor; Vladislav
Efremov, Sr.; Lyudmila Efremova; Vladimir Zalazaev; Natalia Zalazaeva; Aleksey Zalazaev;
Olga Kytmanova; Vladimir Kytmanov; Anton Kytmanov; Hanahmed Mirzoev; Zivar Mirzoeva;
Nail Mirzoev; Rambom Binyaminov; Solmaz Binyaminova; Emil Binyaminov; and Lyudmila

Binyaminova; Khavasilit Nakhumova; Rambom Binyaminov; Solmaz Binyaminova; Khavasilit

Nakhumova; Miriam Nakhumova; Sofia Nakhumova; Sabo Nakhumova; Flora Nakhumova;

Tamila Nakhumova; Iosif Nakhumov; Khavasilit Nakhumova; Rambom Binyaminov; Solmaz

Binyaminova; Alexander Oparin; Lyudmila Oparina; Alexander Oparin, Jr.; Anna Naumova;

Zhumshit Aslanov; Naila Osmanova; Margarita Pahomova; Natalyia Petrova; Igor Pahomov;

Yuriy Pahomov; Irina Popova; Igor Popov; Ekaterina Popova; Alexander Sankin; Margarita

Sankina; Victoria Sankina; Victor Senkevich; Tatyana Senkevich; Olga Senkevich; Lyudmila

Pelishenko; Nataliya Margolina; Sergey Margolin; Tatyana Margolina; Alexander Sankin;

Nataliya Margolina; Sergey Margolin; Tatyana Margolina; Alexander Sankin; Zoya Prudnikova;

Egor Prudnikov; Khalima Taymetova; Djakhangir Taymetov; Nodira Taymetova; Nargiza

Taymetova; Margarita Belysheva; Yuriy Tarasov; Olga Kalinina; Stanislav Tarasov; Fang

Qishan; Bao Cui Qin; Fang Yue Zong; Svetlana Sharafutdinova; Nadzhip Sharafutdinov; Evelina

Sharafutdinov; Christina Shleikova; Yuriy Tarasov; Janusz Sobek; Gregorz Sobek; Pawel Sobek;

Seadet Safieva; Nabat Safieva; Tunzila Safieva; Sadagat Safieva; Khatira Shirinova; Nadiya

Makarova; Vadim Makarov; Polina Makarova; Georgy Makarov; Alexander Sankin; Egor

Prudnikov; Zoya Prudnikova; and Larisa Vorobyova; and each of them, have sustained

substantial personal and pecuniary damages, including but not limited to, loss of society and

companionship, moral damages, and the loss of each of the respective decedent's earning

capacity.

       16.     That Ildyrym Abdulaev is the personal representative of the estate of Rafiq

Nariman Abdulaev, deceased; Fergane Kheirulla is the personal representative of the estate of

Mamemdali Azizov, deceased; Vasiliy Alexandrov is the personal representative of the estate of

Ekaterina Alexandrova, deceased; Alexey Afonasenkov is the personal representative of the

27

estate of Alexey Afonasenkov, Jr., deceased; Valentina Birlovskaya is the personal representative of the estate of Nataliya Birlovskaya, deceased; Svetlana Golomonzina is the personal representative of the estate of Mikhail Golomonzin, deceased; Elena Demeneva is the personal representative of the estate of Oleg Demenev, deceased; Ravshan Jalalov is the personal representative of the estate of Akif Saday Jalalov, deceased; Anna Efremova is the personal representative of the estate of Dmitriy Efremov, deceased; Vladimir Zalazaev is the personal representative of the estate of Olga Zalazaeva a/k/a Olga Senkevich, deceased; Olga Kytmanova is the personal representative of the estate of Illya Kytmanov, deceased; Hanahmed Mirzoev is the personal representative of the estate of Nurida Mirzoeva, deceased; Rambom Binyaminov is the personal representative of the estate of Golda Nakhumova, deceased; Khavasilit Nakhumova is the personal representative of the estate of Ilya Nakhumov, deceased; Khavasilit Nakhumova is the personal representative of the estate of Ifraim Nakhumov, deceased; Khavasilit Nakhumova is the personal representative of the estate of Eva Nakhumova, deceased; Alexander Oparin is the personal representative of the estate of Alexey Oparin, deceased; Zhumshit Aslanov is the personal representative of the estate of Tagi Osmanov, deceased; Margarita Pahomova is the personal representative of the estate of Olga Petrova, deceased; Irina Popova is the personal representative of the estate of Marina Popova, deceased; Alexander Sankin is the personal representative of the estate of Evgeniy Sankin, deceased; Victor Senkevich is the personal representative of the estate of Sergey Senkevich, deceased; Lyudmila Pelishenko is the personal representative of the estate of Elena Solodnikova, deceased; Nataliya Margolina is the personal representative of the estate of Alexandra Spivak, deceased; Nataliya Margolina is the personal representative of the estate of Anna Spivak, deceased; Alexander Sankin is the personal representative of the estate of Yakov Spivak, deceased; Khalima Taymetova is the personal

representative of the estate of Bobir Taymetov, deceased; Margarita Belysheva is the personal representative of the estate of Marina Tarasova, deceased; Yuriy Tarasov is the personal representative of the estate of Yana Tarasova, deceased; Fang Qishan is the personal representative of the estate of Fang Fang, deceased; Svetlana Sharafutdinova is the personal representative of the estate of Elena Shleikova, deceased; Yuriy Tarasov is the personal representative of the estate of Mark Yashmanov, deceased; Yuriy Tarasov is the personal representative of the estate of Semen Yashmanov, deceased; Janusz Sobek is the personal representative of the estate of Christian Sobek, deceased; Seadet Safieva is the personal representative of the estate of Ismail Safiev, deceased; Nadiya Makarova is the personal representative of the estate of Sofia Ustinova, deceased; and Alexander Sankin is the personal representative of the estate of Lyudmila Sankina, deceased; Egor Prudnikov; Zoya Prudnikova; and Larisa Vorobyova; and that each such personal representative of each such estate is acting in his or her capacity for the benefit of all heirs of each of the respective decedents.

WHEREFORE, the plaintiffs, Ildyrym Abdulaev, individually and as personal representative of the estate of Rafiq Nariman Abdulaev, deceased; Aglydzhan Abdulaev; Gyzyrgul Abdulaeva; Sabukhi Abdulaev; Zibeida Abdulaeva; Mamed Abdulaev; Balakhan Abdulaev; Vagif Abdulaev; and Tofig Abdulaev; Fergane Kheirulla, individually and as personal representative of the estate of Mamemdali Azizov, deceased, Farid Azizli, a minor by his mother and guardian, Fergane Kheirulla; Hikmet Azizli; Feride Azizli; Sarme Ataeva; Hezi Azizov; Fikret Azizov; Sevda Agayeva; Nazila Azizova; Sanubar Azizova; and Nazaket Azizova; Vasiliy Alexandrov, individually and as personal representative of the estate of Ekaterina Alexandrova, deceased; Valentina Alexandrova; and Sergey Alexandrov Alexey Afonasenkov, individually and as personal representative of the estate of Alexey Afonasenkov, Jr., deceased; Alexander

Afonasenkov; Ivan Afonasenkov; Irina Afonasekova; and Yuliya Afonasenkova; Valentina

Birlovskaya, individually and as personal representative of the estate of Nataliya Birlovskaya,

deceased; Svetlana Golomonzina, individually and as personal representative of the estate of

Mikhail Golomonzin, deceased; Igor Golomonzin; and Gennadiy Golomonzin; Elena Demeneva,

individually and as personal  representative of the estate of Oleg Demenev, deceased, Vadim

Demenev, a minor, by his mother and guardian, Elena Demeneva, Mikhail Demenev, a minor, by

his mother and guardian, Elena Demeneva, David Demenev, a minor, by his mother and

guardian, Elena Demeneva; Alevtina Demeneva; and Yuriy Demenev; Ravshan Jalalov,

individually and as personal representative of the estate of Akif Saday Jalalov, deceased;

Mahbuba Jalalova; Hakim Jalalov; Anar Jalalov; Hayal Jalalov; Tohfa Jalalova; Zabil Jalalov;

Zahid Jalalov; Rahib Jalalov; Zokhra Huseynova; Naib Jalalov; Gulhanym Rustamova; Ilkham

Jalalov; and Parvana Habibova; Anna Efremova, individually and as personal representative of

the estate of Dmitriy Efremov, deceased, Vladislav Efremov, a minor, by his mother and

guardian, Anna Efremova; Vladislav Efremov, Sr.; and Lyudmila Efremova; Vladimir Zalazaev,

individually and as personal representative of the estate of Olga Zalazaeva a/k/a Olga Senkevich,

deceased; Natalia Zalazaeva; and Aleksey Zalazaev; Olga Kytmanova, individually and as

personal representative of the estate of Illya Kytmanov, deceased; Vladimir Kytmanov; and

Anton Kytmanov; Hanahmed Mirzoev, individually and as personal representative of the estate

of Nurida Mirzoeva, deceased; Zivar Mirzoeva; and Nail Mirzoev; Rambom Binyaminov,

individually and as personal representative of the estate of Golda Nakhumova, deceased; Solmaz

Binyaminova; Emil Binyaminov; and Lyudmila Binyaminova; Khavasilit Nakhumova,

individually and as personal representative of the estate of Ilya Nakhumov, deceased; Rambom

Binyaminov; Solmaz Binyaminova; Khavasilit Nakhumova, individually and as personal

representative of the estate of Ifraim Nakhumov, deceased; Miriam Nakhumova; Sofia

Nakhumova; Sabo Nakhumova; Flora Nakhumova; Tamila Nakhumova; Iosif Nakhumov;

Khavasilit Nakhumova, individually and as personal representative of the estate of Eva

Nakhumova,deceased; Rambom Binyaminov; Solmaz Binyaminova; Alexander Oparin,

individually and as personal representative of the estate of Alexey Oparin, deceased; Lyudmila

Oparina; Alexander Oparin, Jr.; and Anna Naumova; Zhumshit Aslanov, individually and as

personal representative of the estate of Tagi Osmanov, deceased; and Naila Osmanova;

Margarita Pahomova, individually and as personal representative of the estate of Olga Petrova,

deceased; Natalyia Petrova; Igor Pahomov; Yuriy Pahomov; Irina Popova, individually and as

personal representative of the estate of Marina Popova, deceased; Igor Popov; and Ekaterina

Popova; Alexander Sankin, individually and as personal representative of the estate of Evgeniy

Sankin, deceased; Margarita Sankina; and Victoria Sankina; Victor Senkevich, individually and

as personal representative of the estate of Sergey Senkevich, deceased; Tatyana Senkevich; and

Olga Senkevich; Lyudmila Pelishenko, individually and as personal representative of the estate

of Elena Solodnikova, deceased; Nataliya Margolina, individually and as personal representative

of the estate of Alexandra Spivak,deceased; Sergey Margolin; Tatyana Margolina; and

Alexander Sankin; Nataliya Margolina, individually and as personal representative of the estate

of Anna Spivak,deceased; Sergey Margolin; and Tatyana Margolina; Alexander Sankin,

individually and as personal representative of the estate of Yakov Spivak, deceased; Zoya

Prudnikova; and Egor Prudnikov; Khalima Taymetova, individually and as personal

representative of the estate of Bobir Taymetov, deceased; Nodira Taymetova; and Nargiza

Taymetova; Margarita Belysheva, individually and as personal representative of the estate of

Marina Tarasova, deceased; Yuriy Tarasov, individually and as personal representative of the

estate of Yana Tarasova, deceased; Olga Kalinina; and Stanislav Tarasov; Fang Qishan,

individually and as personal representative of the estate of Fang Fang, deceased; Bao Cui Qin;

and Fang Yue Zong; Svetlana Sharafutdinova, individually and as personal representative of the

estate of Elena Shleikova, deceased; Nadzhip Sharafutdinov; Evelina Sharafutdinov; and

Christina Shleikova; Yuriy Tarasov, individually and as personal representative of the estate of

Mark Yashmanov, deceased; Yuriy Tarasov, individually and as personal representative of the

estate of Semen Yashmanov, deceased; Janusz Sobek, individually and as personal

representative of the estate of Christian Sobek, deceased; Gregorz Sobek; and Pawel Sobek;

Seadet Safieva, individually and as personal representative of the estate of Ismail Safiev,

deceased; Nabat Safieva; Tunzila Safieva; Sadagat Safieva; and Khatira Shirinova; Nadiya

Makarova, individually and as personal representative of the estate of Sofia Ustinova, deceased;

Vadim Makarov; Polina Makarova; and Georgy Makarov; Alexander Sankin, individually and as

personal representative of the estate of Lyudmila Sankina, deceased; Egor Prudnikov; Zoya

Prudnikova; and Larisa Vorobyova; and each of them, pray that judgment be entered in their

favor and against the defendant, Nordavia, formerly known as Aeroflot-Nord, in a sum in excess

of one million dollars ($1,000,000.00) together with pre-judgment interest, attorney fees, and the

costs of this action.

**Count IV**

**Negligence – Air Carrier – Survival Action**

1-13.    Plaintiff hereby adopts and alleges paragraphs 1 through 13, inclusive, of Count

III as and for paragraphs 1 through 13, inclusive of Count IV as though fully set forth herein.

14.    That prior to their deaths, plaintiffs' decedents, Rafiq Nariman Abdulaev;

Mamemdali Azizov; Ekaterina Alexandrova; Alexey Afonasenkov, Jr.; Nataliya Birlovskaya;

32

Mikhail Golomonzin; Oleg Demenev; Akif Saday Jalalov; Dmitriy Efremov; Olga Zalazaeva a/k/a Olga Senkevich; Illya Kytmanov; Nurida Mirzoeva; Golda Nakhumova; Ilya Nakhumov; Ifraim Nakhumov; Eva Nakhumova; Alexey Oparin; Tagi Osmanov; Olga Petrova; Marina Popova; Evgeniy Sankin; Sergey Senkevich; Elena Solodnikova; Alexandra Spivak; Anna Spivak; Yakov Spivak; Bobir Taymetov; Marina Tarasova; Yana Tarasova; Fang Fang; Elena Shleikova; Mark Yashmanov; Semen Yashmanov; Christian Sobek; Ismail Safiev; Sofia Ustinova; and Lyudmila Sankina; and each of them, were caused to suffer multiple and diverse injuries of both a personal and pecuniary nature, inclusive of conscious pain and suffering and severe terror prior to impact and prior to their deaths.

      15.    That had the plaintiffs' decedents, and each of them, survived, each would have been entitled to bring an action for damages, and such action has survived each of them.

      16.    That Ildyrym Abdulaev is the personal representative of the estate of Rafiq Nariman Abdulaev, deceased; Fergane Kheirulla is the personal representative of the estate of Mamemdali Azizov, deceased; Vasiliy Alexandrov is the personal representative of the estate of Ekaterina Alexandrova, deceased; Alexey Afonasenkov is the personal representative of the estate of Alexey Afonasenkov, Jr., deceased; Valentina Birlovskaya is the personal representative of the estate of Nataliya Birlovskaya, deceased; Svetlana Golomonzina is the personal representative of the estate of Mikhail Golomonzin, deceased; Elena Demeneva is the personal representative of the estate of Oleg Demenev, deceased; Ravshan Jalalov is the personal representative of the estate of Akif Saday Jalalov, deceased; Anna Efremova is the personal representative of the estate of Dmitriy Efremov, deceased; Vladimir Zalazaev is the personal representative of the estate of Olga Zalazaeva a/k/a Olga Senkevich, deceased; Olga Kytmanova is the personal representative of the estate of Illya Kytmanov, deceased; Hanahmed Mirzoev is

the personal representative of the estate of Nurida Mirzoeva, deceased; Rambom Binyaminov is the personal representative of the estate of Golda Nakhumova, deceased; Khavasilit Nakhumova is the personal representative of the estate of Ilya Nakhumov, deceased; Khavasilit Nakhumova is the personal representative of the estate of Ifraim Nakhumov, deceased; Khavasilit Nakhumova is the personal representative of the estate of Eva Nakhumova,deceased; Alexander Oparin is the personal representative of the estate of Alexey Oparin, deceased; Zhumshit Aslanov is the personal representative of the estate of Tagi Osmanov, deceased; Margarita Pahomova is the personal representative of the estate of Olga Petrova, deceased; Irina Popova is the personal representative of the estate of Marina Popova, deceased; Alexander Sankin is the personal representative of the estate of Evgeniy Sankin, deceased; Victor Senkevich is the personal representative of the estate of Sergey Senkevich, deceased; Lyudmila Pelishenko is the personal representative of the estate of Elena Solodnikova, deceased; Nataliya Margolina is the personal representative of the estate of Alexandra Spivak, deceased; Nataliya Margolina is the personal representative of the estate of Anna Spivak, deceased; Alexander Sankin is the personal representative of the estate of Yakov Spivak, deceased; Khalima Taymetova is the personal representative of the estate of Bobir Taymetov, deceased; Margarita Belysheva is the personal representative of the estate of Marina Tarasova, deceased; Yuriy Tarasov is the personal representative of the estate of Yana Tarasova, deceased; Fang Qishan is the personal representative of the estate of Fang Fang, deceased; Svetlana Sharafutdinova is the personal representative of the estate of Elena Shleikova, deceased; Yuriy Tarasov is the personal representative of the estate of Mark Yashmanov, deceased; Yuriy Tarasov is the personal representative of the estate of Semen Yashmanov, deceased; Janusz Sobek is the personal representative of the estate of Christian Sobek, deceased; Seadet Safieva is the personal

representative of the estate of Ismail Safiev, deceased; Nadiya Makarova is the personal

representative of the estate of Sofia Ustinova, deceased; and Alexander Sankin is the personal

representative of the estate of Lyudmila Sankina, deceased; Egor Prudnikov; Zoya Prudnikova;

and Larisa Vorobyova; and that each such personal representative of each such estate is acting in

his or her capacity for the benefit of all heirs of each of the respective decedents.

WHEREFORE, the plaintiffs, Ildyrym Abdulaev, individually and as personal

representative of the estate of Rafiq Nariman Abdulaev, deceased; Aglydzhan Abdulaev;

Gyzyrgul Abdulaeva; Sabukhi Abdulaev; Zibeida Abdulaeva; Mamed Abdulaev; Balakhan

Abdulaev; Vagif Abdulaev; and Tofig Abdulaev; Fergane Kheirulla, individually and as personal

representative of the estate of Mamemdali Azizov, deceased, Farid Azizli, a minor by his mother

and guardian, Fergane Kheirulla; Hikmet Azizli; Feride Azizli; Sarme Ataeva; Hezi Azizov;

Fikret Azizov; Sevda Agayeva; Nazila Azizova; Sanubar Azizova; and Nazaket Azizova; Vasiliy

Alexandrov, individually and as personal representative of the estate of Ekaterina Alexandrova,

deceased; Valentina Alexandrova; and Sergey Alexandrov Alexey Afonasenkov, individually

and as personal representative of the estate of Alexey Afonasenkov, Jr., deceased; Alexander

Afonasenkov; Ivan Afonasenkov; Irina Afonasekova; and Yuliya Afonasenkova; Valentina

Birlovskaya, individually and as personal representative of the estate of Nataliya Birlovskaya,

deceased; Svetlana Golomonzina, individually and as personal representative of the estate of

Mikhail Golomonzin, deceased; Igor Golomonzin; and Gennadiy Golomonzin; Elena Demeneva,

individually and as personal  representative of the estate of Oleg Demenev, deceased, Vadim

Demenev, a minor, by his mother and guardian, Elena Demeneva, Mikhail Demenev, a minor, by

his mother and guardian, Elena Demeneva, David Demenev, a minor, by his mother and

guardian, Elena Demeneva; Alevtina Demeneva; and Yuriy Demenev; Ravshan Jalalov,

individually and as personal representative of the estate of Akif Saday Jalalov, deceased;

Mahbuba Jalalova; Hakim Jalalov; Anar Jalalov; Hayal Jalalov; Tohfa Jalalova; Zabil Jalalov;

Zahid Jalalov; Rahib Jalalov; Zokhra Huseynova; Naib Jalalov; Gulhanym Rustamova; Ilkham

Jalalov; and Parvana Habibova; Anna Efremova, individually and as personal representative of

the estate of Dmitriy Efremov, deceased, Vladislav Efremov, a minor, by his mother and

guardian, Anna Efremova; Vladislav Efremov, Sr.; and Lyudmila Efremova; Vladimir Zalazaev,

individually and as personal representative of the estate of Olga Zalazaeva a/k/a Olga Senkevich,

deceased; Natalia Zalazaeva; and Aleksey Zalazaev; Olga Kytmanova, individually and as

personal representative of the estate of Illya Kytmanov, deceased; Vladimir Kytmanov; and

Anton Kytmanov; Hanahmed Mirzoev, individually and as personal representative of the estate

of Nurida Mirzoeva, deceased; Zivar Mirzoeva; and Nail Mirzoev; Rambom Binyaminov,

individually and as personal representative of the estate of Golda Nakhumova, deceased; Solmaz

Binyaminova; Emil Binyaminov; and Lyudmila Binyaminova; Khavasilit Nakhumova,

individually and as personal representative of the estate of Ilya Nakhumov, deceased; Rambom

Binyaminov; Solmaz Binyaminova; Khavasilit Nakhumova, individually and as personal

representative of the estate of Ifraim Nakhumov, deceased; Miriam Nakhumova; Sofia

Nakhumova; Sabo Nakhumova; Flora Nakhumova; Tamila Nakhumova; Iosif Nakhumov;

Khavasilit Nakhumova, individually and as personal representative of the estate of Eva

Nakhumova,deceased; Rambom Binyaminov; Solmaz Binyaminova; Alexander Oparin,

individually and as personal representative of the estate of Alexey Oparin, deceased; Lyudmila

Oparina; Alexander Oparin, Jr.; and Anna Naumova; Zhumshit Aslanov, individually and as

personal representative of the estate of Tagi Osmanov, deceased; and Naila Osmanova;

Margarita Pahomova, individually and as personal representative of the estate of Olga Petrova,

deceased; Nataliya Petrova; Igor Pahomov; Yuriy Pahomov; Irina Popova, individually and as personal representative of the estate of Marina Popova, deceased; Igor Popov; and Ekaterina Popova; Alexander Sankin, individually and as personal representative of the estate of Evgeniy Sankin, deceased; Margarita Sankina; and Victoria Sankina; Victor Senkevich, individually and as personal representative of the estate of Sergey Senkevich, deceased; Tatyana Senkevich; and Olga Senkevich; Lyudmila Pelishenko, individually and as personal representative of the estate of Elena Solodnikova, deceased; Nataliya Margolina, individually and as personal representative of the estate of Alexandra Spivak,deceased; Sergey Margolin; Tatyana Margolina; and Alexander Sankin; Nataliya Margolina, individually and as personal representative of the estate of Anna Spivak,deceased; Sergey Margolin; and Tatyana Margolina; Alexander Sankin, individually and as personal representative of the estate of Yakov Spivak, deceased; Zoya Prudnikova; and Egor Prudnikov; Khalima Taymetova, individually and as personal representative of the estate of Bobir Taymetov, deceased; Nodira Taymetova; and Nargiza Taymetova; Margarita Belysheva, individually and as personal representative of the estate of Marina Tarasova, deceased; Yuriy Tarasov, individually and as personal representative of the estate of Yana Tarasova, deceased; Olga Kalinina; and Stanislav Tarasov; Fang Qishan, individually and as personal representative of the estate of Fang Fang, deceased; Bao Cui Qin; and Fang Yue Zong; Svetlana Sharafutdinova, individually and as personal representative of the estate of Elena Shleikova, deceased; Nadzhip Sharafutdinov; Evelina Sharafutdinov; and Christina Shleikova; Yuriy Tarasov, individually and as personal representative of the estate of Mark Yashmanov, deceased; Yuriy Tarasov, individually and as personal representative of the estate of Semen Yashmanov, deceased; Janusz Sobek, individually and as personal representative of the estate of Christian Sobek, deceased; Gregorz Sobek; and Pawel Sobek;

Seadet Safieva, individually and as personal representative of the estate of Ismail Safiev,

deceased; Nabat Safieva; Tunzila Safieva; Sadagat Safieva; and Khatira Shirinova; Nadiya

Makarova, individually and as personal representative of the estate of Sofia Ustinova, deceased;

Vadim Makarov; Polina Makarova; and Georgy Makarov; Alexander Sankin, individually and as

personal representative of the estate of Lyudmila Sankina, deceased; Egor Prudnikov; Zoya

Prudnikova; and Larisa Vorobyova; and each of them, pray that judgment be entered in their

favor and against the defendant, Nordavia, formerly known as Aeroflot-Nord, in a sum in excess

of one million dollars ($1,000,000.00) together with pre-judgment interest, attorney fees, and the

costs of this action.

### Jury Demand

Plaintiffs hereby demand a trial by jury on their complaint in the above-entitled action.


DATED this 14th day of September, 2010.

> Respectfully submitted,
> *Original signature on file in the offices of*
> *Burg Simpson Eldredge Hersh & Jardine PC*
>
> /s/*Brian K. Matise*
> Brian K. Matise
> Burg Simpson Eldredge Hersh & Jardine PC
> 40 Inverness Drive East
> Englewood, CO 80112
> (303) 792-5595
> *Co Counsel for Plaintiffs*
>
>
> Thomas P. Routh
> Nolan Law Group
> 20 North Clark Street
> 30th Floor
> Chicago, IL 60602
> (312) 630-4000

-and-

Monica R. Kelly
Ray Willis Welcher
Ribbeck Law Chartered
505 North Lake Shore Drive
Suite 102
Chicago, IL 60611
(312) 822-9999
*Attorneys for Plainitiffs*