**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  10-cv-02243-REB-BNB

ILDYRYM ABDULAEV, individually and as personal representative of the estate of Rafiq
       Nariman Abdulaev, deceased;
AGLYDZHAN ABDULAEV;
GYZYRGUL ABULAEVA;
SABUKHI ABDULAEV;
ZIBEIDA ABULAEVA;
MAMED ABULAEV;
BALAKHAN ABDULAEV;
VAGIF ABDULAEV;
TOFIG ABDULAEV;
FERGANE KHEIRULLA, individually and as personal representative of the estate of
       Mamemdali Azizov, deceased; Farid Azizli, a minor by his mother and guardian,
       Fergane Kheirulla;
HIKMET AZIZLI;
FERIDE AZIZLI;
SARME ATAEVA;
HEZI AZIZOV;
FIKRET AZIZOV;
SEVDA AGAYEVA;
NAZILA AZIZOVA;
SANUBAR AZIZOVA;
NAZAKET AZIZOVA;
VASILIY ALEXANDROV, individually and as personal representative of the estate of
       Ekaterina Alexandrova, deceased;
VALENTINA ALEXANDROVA;
SERGEY ALEXANDROV,
ALEXEY AFONASENKOV, individually and as personal representative of the estate of
Alexey Afonasenkov, Jr., deceased;
ALEXANDER AFONASENKOV;
IVAN AFONASENKOV;
IRINA AFONASENKOV;
YULIYA AFONASENKOV;
VALENTINA BIRLOVSKAYA, individually and as personal representative of the estate
       of Nataliya Birlovskaya, deceased;
SVETLANA GOLOMONZINA, individually and as personal representative of the estate
of Mikhail Golomonzin, deceased;
IGOR GOLOMONZIN;
GENNADIY GOLOMONZIN;
ELENA DEMENEVA, individually and as personal representative of the estate of Oleg
Demenev, deceased; Vadim Demenev, a minor, by his mother and guardian, Elena

Demeneva; Mikhail Demenev, a minor, by his mother and guardian, Elena Demeneva; David Demenev, a minor, by his mother and guardian, Elena Demeneva;
ALEVTINA DEMENEVA;
YURLY DEMENEV;
RAVSHAN JALALOV, individually and as personal representative of the estate of Akif Saday Jalalov, deceased;
MAHBUBA JALALOVA;
HAKIM JALALOV;
ANAR JALALOV;
HAYAL JALALOV;
TOHFA JALALOVA;
ZABIL JALALOV;
ZAHID JALALOV;
RAHIB JALALOV;
ZOKHRA HUSEYNOVA;
NAIB JALALOV;
GULHANYM RUSTAMOVA;
ILKHAIM JALALOV;
PARVANA HABIBOBA;
ANNA EFREMOVA, individually and as personal representative of the estate of Dmitriy Efremov, deceased; Vladislav Efremov, a minor, by his mother and guardian, Anna Efremova;
VLADISLAV EFREMOV, SR.;
LYUDMILA EFREMOVA;
VLADIMIR ZALAZAEV, individually and as personal representative of the estate of Olga Zalazaeva, a/k/a Olga Senkevich, deceased;
NATALIA ZALAZAEVA;
ALEKSEY ZALAZAEV;
OLGA KYTMANOVA, individually and as personal representative of the estate of Illya Kytmanov, deceased;
VLADIMIR KYTMANOV;
ANTON KYTMANOV;
HANAHMED MIRZOEV, individually and as personal representative of the estate of Nurida Mirzoeva, deceased;
ZIVAR MIRZOEVA;
NAIL MIRZOEV;
RAMBOM BINYAMINOV, individually and as personal representative of the estate of Golda Nakhumova, deceased;
SOLMAZ BINYAMINOVA;
EMIL BINYAMINOV;
LYUDMILA BINYAMINOVA;
KHAVASILIT NAKHUMOVA, individually and as personal representative of the estate of Ilya Nakhumov, deceased;
KHAVASILIT NAKHUMOVA, individually and as personal representative of the estate of Ifraim Nakhumov, deceased;
MIRIAM NAKHUMOVA;

SOFIA NAKHUMOVA;
SABO NAKHUMOVA;
FLORA NAKHUMOVA;
TAMILA NAKHUMOVA;
IOSIF NAKHUMOV;
KHAVASILIT NAKHUMOVA, individually and as personal representative of the estate of Eva Nakhumova, deceased;
ALEXANDER OPARIN, individually and as personal representative of the estate of Alexey Oparin, deceased;
LYUDMILA OPARINA;
ALEXANDER OPARIN, JR.;
ANNA NAUMOVA;
ZHUMSHIT ASLANOV, individually and as personal representative of the estate of Tagi Osmanov, deceased;
NAILA OSMANOVA;
MARGARITA PAHOMOVA, individually and as personal representative of the estate of Olga Petrova, deceased;
NATALYIA PETROVA;
IGOR PAHOMOV;
YURIY PAHOMOV;
IRINA POPOVA, individually and as personal representative of the estate of Marina Popova, deceased;
IGOR POPOV;
EKATERINA POPOVA;
ALEXANDER SANKIN, individually and as personal representative of the estate of Evgeniy Sankin, deceased;
MARGARITA SANKINA;
VICTORIA SANKINA;
VICTOR SENKEVICH, individually and as personal representative of the estate of Sergey Senkevich, deceased;
TATYANA SENKEVICH;
OLGA SENKEVICH;
LYUDMILA PELISHENKO, individually and as personal representative of the estate of Alexandra Spivak, deceased;
SERGEY MARGOLIN;
TATYANA MARGOLINA;
ALEXANDER SANKIN, individually and as personal representative of the estate of Yakov Spivak, deceased;
ZOYA PRUDNIKOVA;
EGOR PRUDNIKOV;
KHALIMA TAYMETOVA, individually and as personal representative of the estate of Bobir Taymetov, deceased;
NODIRA TAYMETOVA;
NARGIZA TAYMETOVA;
MARGARITA BELYSHEVA, individually and as personal representative of the estate of Marina Tarasova, deceased;

YURIY TARASOV, individually and as personal representative of the estate of Yana Tarasova, deceased;
OLGA KALININA;
STANISLAV TARASOV;
FANG QISHAN, individually and as personal representative of the estate of Fang Fang, deceased;
BAO CUI QIN;
FANG YUE ZONG;
SVETLANA SHARAFUTDINOVA, individually and as personal representative of the estate of Elena Shleikova, deceased;
NADZHIP SHARAFUTDINOV;
EVELINA SHARAFUTDINOV;
CHRISTINA SHLEIKOVA;
YURIY TARASOV, individually and as personal representative of the estate of Semen Yashmanov, deceased;
YURIY TARASOV, individually and as personal representative of the estate of Christian Sobek, deceased;
GREGORZ SOBEK;
PAWEL SOBEK;
SEADET SAFIEVA, individually and as personal representative of the estate of Ismail Safiev, deceased;
NABAT SAFIEVA;
TUNZILA SAFIEVA;
SADAGAT SAFIEVA;
KHATIRA SHIRINOVA;
NADIYA MAKAROVA, individually and as personal representative of the estate of Sofia Ustinova, deceased;
VADIM MAKAROV;
POLINA MAKAROVA;
GEORGY MAKAROV;
ALEXANDER SANKIN, individually and as personal representative of the estate of Lyudmila Sankina, deceased;
EGOR PRUDNIKOV;
ZOYA PRUDNIKOVA; and
LARISA VOROBYOVA;

    Plaintiffs,

v.

FTI, INC., a corporation, f/k/a FLIGHT TRAINING INTERNATIONAL, INC., a
    corporation, and
NORDAVIA, a joint stock company, f/k/a AEROFLOT-NORD, a joint stock company,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter comes before me on **Plaintiffs' Notice of Dismissal Without Prejudice** [#7] filed January 12, 2011. After reviewing the notice and the file, I conclude that the notice should be approved and that this action should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Plaintiffs' Notice of Dismissal Without Prejudice** [#7] filed January 12, 2011, is **APPROVED**; and

2. That this action is **DISMISSED WITHOUT PREJUDICE**.

Dated January 12, 2011, at Denver, Colorado.

                                          **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge